| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>PRATT, ROBERT W. | 2. Court or Organization<br><br>US DISTRICT COURT - SO IOWA | 3. Date of Report<br><br>05/09/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>123 E. WALNUT STREET<br>DES MOINES, IA 50309 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PRATT, ROBERT W.** | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | K | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. MORGAN STANLEY BANK | A | Interest | N | T | | | | | |
| 4. MS EMERGING MKTS DOMESTIC DEBT | C | Dividend | L | T | Buy (add'l) | 01/06/12 | J | | |
| 5. MS EMERGING MKTS DOMESTIC DEBTDEBT | A | Dividend | | | Buy (add'l) | 04/13/12 | J | | |
| 6. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 07/13/12 | J | | |
| 7. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 10/15/12 | J | | |
| 8. TACOMA PUB UTIL LIGHT & PWR | A | Interest | | | Redeemed | 01/03/12 | J | | |
| 9. INKSTER MI GEN OBLIG | A | Interest | | | Redeemed | 03/01/12 | M | | |
| 10. PASCO WA GEN OBLIG | A | Interest | | | Redeemed | 04/02/12 | J | | |
| 11. ODESSA TX HSG FIN CORP ZERO COUPON | A | Interest | | | Redeemed | 06/01/12 | J | | |
| 12. IA ST UNIV SCI & TECH | B | Interest | | | Redeemed | 07/02/12 | L | | |
| 13. MINN HIGHER EDUC FACS AUTH | A | Interest | | | Redeemed | 10/01/12 | J | | |
| 14. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | | | Redeemed | 11/01/12 | J | | |
| 15. SCHILLER PARK ILL GO-C BE 4.000% | B | Interest | | | Redeemed | 12/03/12 | L | | |
| 16. DOUGLAS CO COLO SCH DIST 1 ZERA | A | Interest | | | Redeemed | 12/17/12 | K | | |
| 17. WASH CTY UTAH SCH DIST | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WRIGHT ST UNIV | A | Interest | J | T | | | | | |
| 19. WASH ST GEN OBLIG MOTOR VEH FUEL TAX ZERO | B | Interest | K | T | | | | | |
| 20. IOWA CIT IOWA SWR REV REF CAP LN NTS- | B | Interest | L | T | | | | | |
| 21. LOUISIANNA ST GO GULF OPP | A | Interest | J | T | | | | | |
| 22. E-470 PUB HWY AUTH COLO ZERO | A | Interest | M | T | | | | | |
| 23. ALASKA ST INTL AIRPORTS | B | Interest | K | T | | | | | |
| 24. METRO WASH DC AIRPORT AUTH | A | Interest | J | T | | | | | |
| 25. MODESTO CA IRR DIST | A | Interest | K | T | | | | | |
| 26. WILL CNTY ILL SCH DIST NO ZERO | A | Interest | J | T | | | | | |
| 27. FAYETTE CNTY KY SCH DIST | A | Interest | J | T | | | | | |
| 28. LAKE CNTY ILL CMNTY SCH DIST NO | A | Interest | L | T | | | | | |
| 29. BENSON ARIZ EXCISE TAX & ST SHARED REV OBLIGS | A | Interest | K | T | | | | | |
| 30. DENVER CO CONV CTR HOTEL | A | Interest | K | T | | | | | |
| 31. WA STATE CERTIFICATES OF PARTICIPATION SER | A | Interest | K | T | | | | | |
| 32. FLORIDA ST BRD ED FL INTL UNIV | A | Interest | J | T | | | | | |
| 33. WALLA WALLA WASH WATER & WASTE | C | Interest | M | T | | | | | |
| 34. VIRGINIA HSG DEV COMWLTH SER A | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. APOPKA FLA UTIL SYS REF IMPT | A | Interest | | | Redeemed | 12/20/12 | J | | |
| 36. POMWAY CALIF UNI SCH DIST SPL TAX | B | Interest | L | T | | | | | |
| 37. SIOUX CITY IOWA CMNTY SCH DIST SCH INFRASTRUCTURE LOC OPT-B | A | Interest | J | T | | | | | |
| 38. OGLE & WINNEBAGO CNTYS SCH DIST ZERO | A | Interest | J | T | | | | | |
| 39. RIVERSIDE CNTY PALM DESERT CA FIN AUTH | A | Interest | | | Redeemed | 11/19/12 | J | | |
| 40. INDIANAPOLIS GAS UTIL DIST SYS | B | Interest | K | T | | | | | |
| 41. PUERTO RICO PUB IMPR ZERO | A | Interest | K | T | | | | | |
| 42. STATE UNIV IOWA REC FACS | A | Interest | K | T | | | | | |
| 43. ALASKA ST HSG FIN CORP | B | Interest | | | Redeemed | 10/01/12 | K | | |
| 44. WINNEBAGO BOONE ETC CNTYS ILL ZERO | A | Interest | J | T | | | | | |
| 45. OSCEOLA CNTY FL SCH BOARD | A | Interest | J | T | | | | | |
| 46. WAUKEE IOWA CMNTY SCH DIST | A | Interest | J | T | | | | | |
| 47. BENSON ARIZ EXCISE TAX & ST SHARED REV OBLIGS | A | Interest | K | T | | | | | |
| 48. MIAMI DADE CNTY FL EXPWY AUTH TOLL SYS | A | Interest | J | T | | | | | |
| 49. UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | A | Interest | | | Redeemed | 07/02/12 | K | | |
| 50. STATE UNIV IOWA UTIL SYS | A | Interest | K | T | | | | | |
| 51. CLARK CNTY NEV GEN OBLIG | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WASHINGTON ST GENL OBLIG MTR VEHICLE FUEL TAX | A | Interest | J | T | | | | | |
| 53. OHIO ST HOSP CLEVE CLINIC | B | Interest | K | T | | | | | |
| 54. WYLIE CITY TEX COMB TAX REV | A | Interest | K | T | | | | | |
| 55. ANKENY IA COMM SCH DIST | B | Interest | L | T | | | | | |
| 56. BETTENDORF IOWA GNEL OBLIG SER-A | A | Interest | K | T | | | | | |
| 57. UNIVERSITY N C CHAPEL HILL REV REF STUDENT FEE UTILS OY 5.45 | A | Interest | K | T | | | | | |
| 58. ST CLAIR CNTY ILL GEN OBLIG ZERO | A | Interest | K | T | | | | | |
| 59. DELTONA FLA TRANS CAP IMPT | A | Interest | J | T | | | | | |
| 60. TAMPA FLA UTIL TAX OY 6.15 | A | Interest | J | T | | | | | |
| 61. COVINA CALIF PUB FIN WASTEWATER | A | Interest | J | T | | | | | |
| 62. CLARK CNTY NEV GEN OBLIG | A | Interest | K | T | | | | | |
| 63. INDIANAPOLIS IN WATER WORKS | B | Interest | K | T | | | | | |
| 64. WYLIE CITY TEX COMB TAX REV | A | Interest | K | T | | | | | |
| 65. STERLING HEIGHTS MICH TRANS FD | A | Interest | | | Redeemed | 04/02/12 | K | | |
| 66. IOWA ST PRISON INFRASTRUCTURE FUND OBLIG | C | Interest | M | T | | | | | |
| 67. NEVADA STATE HIGHER EDUC | B | Interest | K | T | | | | | |
| 68. IOWA STUDENT LOAN LIQUIDITY CORP STUDENT LOAN REV-1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LONG ISLAND PWR AUTH N Y ELEC SYS REV SER A OY 5.83 | A | Interest | K | T | | | | | |
| 70. RENO CITY NEVADA GEN OBLIG | B | Interest | L | T | | | | | |
| 71. IOWA FIN AUTH SINGLE FAMILY MTG REV SER-1 | B | Interest | L | T | | | | | |
| 72. HOUSTON TEX WTR & SWR SYS REV SER A | A | Interest | K | T | | | | | |
| 73. KANE COOK & DUPAGE CNTYS ILL | A | Interest | | | Redeemed | 12/17/12 | K | | |
| 74. IOWA ST UNIV SCIENCE & TECH | A | Interest | J | T | | | | | |
| 75. FLORIDA ST DEPT ENVIRONMENTAL PROTN PRES | B | Interest | L | T | | | | | |
| 76. WATERLOO IOWA COMNTY SCH DIST SCH INFRAS SALES & SVCS REV | A | Interest | K | T | | | | | |
| 77. CLARK CNTY NEV BOND BK | B | Interest | L | T | | | | | |
| 78. POWSHIEK IOWA WTR ASSN WTR REV | B | Interest | K | T | | | | | |
| 79. CLARK CO NV VEGAS ARPT FAC | A | Interest | | | Redeemed | 08/01/12 | J | | |
| 80. ALASKA ST INTL ARPTS SYS | A | Interest | J | T | | | | | |
| 81. IOWA STUDENT LOAN LIQUIDITY CORP STUDENT LOAN REV SENIOR A1 | C | Interest | L | T | | | | | |
| 82. IOWA STUDENT LOAN LIQUIDITY CORP STUDENT LOAN REV-1 | A | Interest | J | T | | | | | |
| 83. ALASKA MUN BND BK SER-1 | B | Interest | K | T | | | | | |
| 84. STATE UNIV IOWA ATHLETIC FACS REV | B | Interest | L | T | | | | | |
| 85. STATE UNIV IOWA UNIV REV DORM REV SER S.U.I. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TENNESSEE ENERGY ACQUISITION CORP GAS REV | B | Interest | K | T | | | | | |
| 87. UNIVERSITY WASH UNIV REV | B | Interest | K | T | | | | | |
| 88. SOUTHEAST POLK IOWA CMNTY SCH DIST REV | A | Interest | J | T | | | | | |
| 89. COLUMBUS OHIO SWR REV | B | Interest | L | T | | | | | |
| 90. IOWA ST SPL OBLIG | B | Interest | K | T | | | | | |
| 91. IOWA ST UNIV ACADEMIC BLDG | C | Interest | M | T | | | | | |
| 92. DOW CHEMICAL COMPANY | A | Interest | K | T | | | | | |
| 93. RHODE ISLAND H BE | A | Interest | K | T | Buy | 06/06/12 | K | | |
| 94. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 95. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 96. MS ERMERGING MKTS DOMESTIC DEBT | A | Dividend | J | T | | | | | |
| 97. CREDIT SUISSE GU | A | Dividend | J | T | | | | | |
| 98. DB CAPITAL CUNFING X | A | Dividend | J | T | | | | | |
| 99. NATIONAL RURAL UTILITIES COOP | A | Interest | | | Redeemed | 04/16/12 | K | | |
| 100. CAP PRTECT NOTE ON FX BASKET ZERO | A | Interest | | | Redeemed | 09/28/12 | K | | |
| 101. MS HYBRID PARTICIPATION COMMODITY COUPON | A | Interest | J | T | | | | | |
| 102. SOUTHWEST AIRLINES CO | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. INTL PAPER CO | A | Interest | K | T | | | | | |
| 104. PROLOGIS TRUST | A | Interest | J | T | | | | | |
| 105. SOUTHWEST AIRLINES CO | A | Interest | J | T | | | | | |
| 106. GMAC | B | Interest | K | T | | | | | |
| 107. AMERICAN INTL GROUP | A | Interest | J | T | | | | | |
| 108. CITIGROUP CAP XIX | A | Interest | | | Redeemed | 08/15/12 | J | | |
| 109. WELLS FARGO CAPITAL XII | A | Interest | J | T | | | | | |
| 110. WELLS FARGO BK ZERO CPN | A | Interest | J | T | | | | | |
| 111. 10NC3Y MS STEP UP | A | Interest | K | T | | | | | |
| 112. NASDAQ OMX GROUP | B | Interest | K | T | | | | | |
| 113. BP CAPITAL MARKETS PLC | A | Interest | | | Redeemed | 03/12/12 | K | | |
| 114. 15NC1 MS STEP UP | A | Interest | | | Redeemed | 12/11/12 | J | | |
| 115. WESTERN ASSET HIGH YIELD (HYI) | B | Dividend | K | T | Buy (add'l) | 02/24/12 | J | | |
| 116. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 03/30/12 | J | | |
| 117. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 04/27/12 | J | | |
| 118. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 05/25/12 | J | | |
| 119. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 06/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 07/27/12 | J | | |
| 121. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 08/31/12 | J | | |
| 122. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 09/28/12 | J | | |
| 123. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 10/26/12 | J | | |
| 124. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 11/30/12 | J | | |
| 125. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 12/21/12 | J | | |
| 126. TRANS-CANADA PIPELINES 6.350% FIXED | A | Interest | K | T | | | | | |
| 127. MERRILL LYNCH & CO | A | Interest | | | Redeemed | 08/15/12 | K | | |
| 128. FORD MOTOR CREDIT CO | A | Interest | K | T | | | | | |
| 129. HCP INC | A | Interest | K | T | | | | | |
| 130. DOW CHEMICAL CO/THE | B | Interest | L | T | | | | | |
| 131. ARCELORMITTAL | A | Interest | J | T | | | | | |
| 132. HEWLETT PACKARD CO | A | Interest | K | T | | | | | |
| 133. CENTURYLINK INC | A | Interest | K | T | | | | | |
| 134. PITNEY BOWES INC | A | Interest | K | T | | | | | |
| 135. TRANSOCEAN INC SER-C | A | Int./Div. | | | Redeemed | 12/17/12 | J | | |
| 136. MORGAN STANLEY | A | Interest | K | T | Buy | 02/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. COMPUTER SCIENCE | A | Interest | J | T | Buy | 02/10/12 | J | | |
| 138. BEST BUY CO INC | A | Interest | J | T | Buy | 02/10/12 | J | | |
| 139. AVON PRODUCTS INC | A | Interest | K | T | Buy | 05/15/12 | K | | |
| 140. GECC | A | Interest | L | T | Buy | 05/31/12 | L | | |
| 141. SAFEWAY INC | A | Interest | J | T | Buy | 09/06/12 | J | | |
| 142. BANK O FAMERICA 8.20% | A | Int./Div. | L | T | Buy | 12/17/12 | K | | |
| 143. BANK O FAMERICA 8.20% | | | | | Buy (add'l) | 12/18/12 | K | | |
| 144. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 145. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 146. ABBOTT LABORATORIES | A | Dividend | K | T | | | | | |
| 147. ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 148. AT&T INC | B | Dividend | K | T | | | | | |
| 149. BOEING CO | A | Dividend | K | T | | | | | |
| 150. COCA COLA CO | A | Dividend | J | T | | | | | |
| 151. DWS DREMAN VALUE INC EDGE FUND | A | Dividend | | | Sold | 04/23/12 | J | | |
| 152. GENERAL ELECTRIC CO | A | Dividend | K | T | Buy (add'l) | 04/24/12 | J | | |
| 153. ISHARES S&P 100 INDEX FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ISHARES FTSE/CHINA 25 INDEX FD (FXI) | A | Dividend | | | Sold | 04/23/12 | J | | |
| 155. JOHNSON & JOHNSON | A | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 156. PHARMACEUTICAL HOLDERS TR | A | Dividend | | | Sold (part) | 04/17/12 | J | | |
| 157. PHARMACEUTICAL HOLDERS TR | | | | | Sold | 04/23/12 | K | | |
| 158. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 159. SPDR S&P MIDCAP 400 ETF TRUST | B | Dividend | L | T | | | | | |
| 160. AEGON NV | B | Dividend | K | T | Buy (add'l) | 02/06/12 | J | | |
| 161. PUBLIC STORAGE | A | Dividend | | | Redeemed | 07/02/12 | K | | |
| 162. ROYAL BK SCOTLAND GP | A | Dividend | J | T | | | | | |
| 163. ML PFD CAPITAL TRUST III 7375 | A | Interest | J | T | | | | | |
| 164. INTEL CORP | A | Dividend | K | T | | | | | |
| 165. PEPSICO INC NC (PEP) | B | Dividend | K | T | | | | | |
| 166. APPLE, INC. | A | Dividend | J | T | Buy | 05/17/12 | J | | |
| 167. INTL BUSINESS MACHINES CORP | A | Dividend | J | T | Buy | 05/22/12 | J | | |
| 168. MORGAN STANLEY DEAN WITTER IRA #3: | | | | | | | | | |
| 169. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | Buy (add'l) | 12/17/12 | J | | |
| 170. WALGREEN CO | A | Dividend | J | T | Buy (add'l) | 05/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 172.  PITNEY BOWES INC | A | Interest | J | T | | | | | |
| 173.  GOLDMAN SACHS GRO | A | Interest | J | T | | | | | |
| 174.  MORGAN STANLEY DEAN WITTER IRA #4: | | | | | | | | | |
| 175.  MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 176.  ISHARES BARCLAYS SHORT TREAS | A | Dividend | J | T | Buy (add'l) | 04/18/12 | J | | |
| 177.  ISHARES BARCLAYS SHORT TREAS | | | | | Sold (part) | 08/29/12 | J | | |
| 178.  ISHARES BARCLAYS SHORT TREAS | | | | | Sold (part) | 11/15/12 | J | | |
| 179.  ISHARES RUSSELL 1000 GR INDEX | A | Dividend | J | T | Sold (part) | 08/29/12 | J | | |
| 180.  ISHARES RUSSELL 1000 GR INDEX | | | | | Buy (add'l) | 11/15/12 | J | | |
| 181.  ISHARES RUSSELL 1000 VALUE IDX | A | Dividend | J | T | Buy (add'l) | 04/18/12 | J | | |
| 182.  ISHARES RUSSELL 1000 VALUE IDX | | | | | Sold (part) | 08/29/12 | J | | |
| 183.  ISHARES RUSSELL 1000 VALUE IDX | | | | | Buy (add'l) | 11/15/12 | J | | |
| 184.  SPDR BARCLAYS CAPITAL HIGH YIE | A | Dividend | J | T | Buy (add'l) | 04/18/12 | J | | |
| 185.  SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Buy (add'l) | 08/29/12 | J | | |
| 186.  SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Sold (part) | 11/15/12 | J | | |
| 187.  SPDR BARCLAYS CAPITAL INERNAT | A | Dividend | J | T | Buy (add'l) | 04/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. SPDR BARCLAYS CAPITAL INERNAT | | | | | Sold (part) | 08/29/12 | J | | |
| 189. SPDR BARCLAYS CAPITAL INERNAT | | | | | Sold (part) | 11/15/12 | J | | |
| 190. VANGUARD MSCI EAFE ETF (VEA) | A | Dividend | J | T | Buy (add'l) | 04/18/12 | J | | |
| 191. VANGUARD MSCI EAFE ETF (VEA) | | | | | Buy (add'l) | 08/29/12 | J | | |
| 192. VANGUARD MSCI EAFE ETF (VEA) | | | | | Buy (add'l) | 11/15/12 | J | | |
| 193. VANGUARD TOTAL BOND MARKET | A | Dividend | K | T | Buy (add'l) | 04/18/12 | J | | |
| 194. VANGUARD TOTAL BOND MARKET | | | | | Sold (part) | 08/29/12 | J | | |
| 195. VANGUARD TOTAL BOND MARKET | | | | | Sold (part) | 11/15/12 | J | | |
| 196. ISHARES 2000 VALUE FD | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 197. ISHARES BARCLAYS TIPS BD FD | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 198. ISHARES RUSSELL 2000 GROWTH | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 199. ISHARES RUSSELL MIDCAP G IN | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 200. ISHARES RUSSELL MIDCAP V IN | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 201. VANGUARD MSCI EMERGING MKTS | A | Dividend | J | T | Buy | 08/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT W. PRATT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544